FILED
CLERK
3:35 pm, Mar 05, 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JAVIER TAMES Individually and on behalf of all others similarly situated,

                Plaintiff(s),

-against-

DESARROLLADORA HOMEX, S.A.B. de C.V. a/k/a Homex Development Corp., GERARDO de NICOLAS GUTIERREZ and CARLOS MOCTEZUMA VELASCO,

                Defendant(s)
-----------------------------------------------------------------------X

**NOTICE**

Case No. CV -17-1416 (ADS)

    Notice is hereby given to:

    Adam Apton, Esq.
    Laurence M. Rosen, Esq.
    Phillip Kim, Esq.

There has been no activity in this case regarding the above named case since March 7, 2019

Plaintiff's counsel is requested to inform the Court within ten (10) days of this notice, why an order should not be entered dismissing this action for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Please send your response via ECF.  Plaintiff's counsel is requested to respond on or before

**MARCH 16, 2020**

Dated: March 5, 2020
      Central Islip, New York

                                        Mary Ellen Kirchner
                                        Courtroom Deputy to
                                        Hon. Arthur D. Spatt
                                        1024 Federal Plaza
                                        Central Islip, New York 11722
                                        (631) 712-5625