UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER TAMES, Individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>  v.<br><br>DESARROLLADORA HOMEX, S.A.B. DE C.V. a/k/a HOMEX DEVELOPMENT CORP., GERARDO DE NICOLÁS GUTIÉRREZ, and CARLOS MOCTEZUMA VELASCO,<br><br>         Defendants. | Case No. 2:17-cv-01416-ADS-ARL<br><br><u>CLASS ACTION</u><br><br>NOTICE OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT |

**PLEASE TAKE NOTICE** that Court-appointed Lead Plaintiff Jose Acosta ("Lead Plaintiff"), on behalf of himself and all other members of the proposed settlement class, through court-approved Lead Counsel Levi & Korsinsky, LLP, hereby moves this Court for an Order, pursuant to Federal Rules of Civil Procedure 23(a), (b)(3), and (e): (i) preliminarily approving the proposed settlement of this securities fraud class action (the "Settlement"); (ii) preliminarily certifying the settlement class for purposes of the Settlement; (iii) approving the form and manner of providing notice of the proposed Settlement to the settlement class; (iv) scheduling a date for the final settlement hearing; (v) appointing the Claims Administrator recommended by Lead Counsel to administer the Settlement; (vi) establishing procedures and a deadline for objecting to the terms of the Settlement, the proposed Plan of Allocation for the proceeds of the Settlement, and/or the requested attorneys' fees and expenses; (vii) establishing procedures and a deadline for seeking exclusion from the settlement class; (viii) establishing procedures and a deadline for

submitting claim forms for payments from the Settlement; and (ix) granting such other and further relief as the Court may deem fair and proper. Defendants do not oppose the relief requested in this motion.

This motion is based on the: accompanying Memorandum of Law in Support of Lead Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement; the Declaration of Adam M. Apton, dated May 14, 2020, with annexed exhibits; the Declaration of Jose Acosta dated May 11, 2020; and the Declaration of Steven R. Platt, dated May 7, 2020, all filed herewith. A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, which was negotiated by the Parties to the Settlement, with annexed exhibits, is also submitted herewith.

DATED: May 14, 2020

**LEVI & KORSINSKY, LLP**

 /s/ Adam M. Apton
Adam M. Apton
Nicholas I. Porritt
55 Broadway, 10th Floor
New York, New York 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: nporritt@zlk.com
          aapton@zlk.com

**LEVI & KORSINSKY, LLP**
Alexander Krot
1101 30th Street, NW
Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
Email: akrot@zlk.com
*Pro hac vice to be submitted*

*Attorneys for Lead Plaintiff Jose Acosta and the Class*

1